ACCEPTED
01-14-00499-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 7:57:09 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00499-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 7:57:09 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE INTEREST OF R.M.B. and G.R.B. Children

## G.F.A.V., APPELLANT

## VS.

## DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, APPELLEE

ON APPEAL FROM
THE 313TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2013-02934J

## CERTIFICATE THAT COPY OF MEMORANDUM OPINION HAS BEEN PROVIDED TO APPELLANT

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, DONALD M. CRANE, ("appellate counsel"),

appointed attorney ad litem on appeal for Appellant, G.F.A.V., and files

this Certificate that Copy of Memorandum Opinion has been Provided to Appellant, in accordance with the **Texas Rules of Appellate Procedure ("TRAP"),** specifically, **Tex. R. App. P. 6.5( c ),** and in support would show as follows:

1.  that appellate counsel provided a copy of the Court's *Memorandum Opinion* dated December 11, 2014, to G.F.A.V., Appellant;

2.  that appellate counsel prepared and forwarded correspondence along with notice of granting of withdrawal of appellate counsel to G.F.A.V, informing Appellant that the Court found no reversible error and granted appellate counsel's previously filed motion for withdrawal of counsel;

3.  that appellate counsel also informed Appellant that in the undersigned's opinion, further appellate action tended toward frivolousness within the meaning of **Tex. R. App. P. 62,** but that, individually, Appellant may pursue a petition for review in the Supreme Court of Texas;

4.  that appellate counsel also informed G.F.A.V., that Appellant may consult private counsel as to the merits of pursuing a petition for review in the Supreme Court of Texas;

5.  that appellate counsel also informed Appellant of the **current extended filing deadline of Monday, February 9, 2015,** should Appellant choose to pursue a petition for review in the Supreme Court of Texas, and also informed Appellant to consult **Tex. R. App. P. 53** and

6.  that a copy of the Court's *Memorandum Opinion* and a copy of this certificate that copy of Memorandum Opinion has been Provided to Appellant (along with accompanying

correspondence) was mailed February 5, 2015, by First Class U.S. Mail as well as by Certified Mail, Return Receipt Requested #7011 1150 0001 3843 9693 to Appellant's last known address:

Mr. G.F.A.V.
8721 Town Park Drive
Apt. 1249
Houston, Texas 77036.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL FOR APPELLANT G.F.A.V.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on February 5, 2015, I e-mailed a copy of Certificate that Copy of Memorandum Opinion has been Provided to Appellant, to Ms. Sandra Hachem, Sr. Assistant Harris County Attorney, who is not in opposition.

**/s/ Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, that a true and correct copy of the foregoing Certificate that Copy of Memorandum Opinion has been Provided Appellant, was served in accordance with the TRAP to Ms. Sandra Hachem, Sr. Assistant Harris County Attorney, counsel for DFPS by electronically delivery through prodoc efiling and E-mail, on John Stephen Liles, attorney ad litem, through hand-delivery, on Juliane (Juli) Crow, through hand-delivery, on Oliver W. Sprott, Jr., through hand-delivery, and on Joseph Wade Prasifka, through hand-delivery.

Ms. Sandra D. Hachem,
Senior Assistant County Attorney
Attorney for Appellee,
Department of Family and Protective Services
2525 Murworth, Suite 300
Houston, Texas 77054
Sandra.Hachem@cao.hctx.net
(713) 578-3995 fax

Mr. John Stephen Liles,
Attorney ad litem
2429 Bissonnet, Suite 451
Houston, Texas 77005-1451
(713) 526-0667 fax

Ms. Julian (Juli) Crow,
Attorney ad litem for
Respondent Mother, M.M.V.
P.O. Box 10152
Houston, Texas 77206
(713) 422-2389 fax

Mr. Oliver W. Sprott, Jr.
Attorney ad litem for
Respondent Father, G.F.A.V.
2323 Caroline Street
Houston, Texas 77004-1013
713-659-2812 fax


Mr. Joseph Wade Prasifka,
Attorney ad litem for
Respondent Father, S.J.B., aka S.J.B.P.,
Unknown Father
P.O. Box 658
Houston, Texas 77001-0658
(281) 392-5383 fax


| Mr. G.F.A.V. | Via Certified Mail, Return |
| --- | --- |
| 8721 Town Park Drive | Receipt Requested: |
| Apartment 1249 | #7011 1150 0001 3842 9693 and |
| Houston, Texas 77036 | First Class U.S. Post |

**/s/ Donald M. Crane**
Donald M. Crane